1  Timothy J. Murphy (SBN 54200)
   Jennifer K. Achtert (SBN 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA  94111-3712
   Telephone:  415/490-9000
4  Facsimile:   415/490-9001

5  Attorneys for Defendant
   SECURITAS SECURITY SERVICES USA, INC.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ABSALOM CRISTOBAL,            | Case No.: CV 11-4541 DMR
12 |             Plaintiff,         | **JOINT STIPULATION FOR DISMISSAL**
13 |   v.                           |
14 | SECURITAS SECURITY SERVICES USA, INC., |
15 |             Defendant.         | Complaint Filed:   September 13, 2011
16

17

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Plaintiff Absalom Cristobal and Defendant Securitas Security Services USA, Inc.,
2  through its counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate
3  and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and
4  with each party to bear its own costs and attorneys' fees.

6  IT IS SO STIPULATED:

8  DATED: March 7, 2012          By: _____
                                     Absalom Cristobal, Pro Se

11 DATED: March 7, 2012          FISHER & PHILLIPS LLP

13                               By: _____
                                     Jennifer K. Achtert
14                                   Attorneys for Defendant
                                     SECURITAS SECURITY SERVICES
15                                   USA, INC.

SanFrancisco 113513.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of Contra Costa County. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the following document(s) on the party(ies) in this action in accordance with Federal Rules of Civil Procedure, Rule 5, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

### JOINT STIPULATION FOR DISMISSAL

| | |
|---|---|
| Absalom Cristobal<br>1017 L Street, #750<br>Sacramento, CA 95814 | *In Pro Per*<br><br>Tel: (415) 948-7360 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2012 at San Francisco, California.

Carol S. Ferrari

CERTIFICATE OF SERVICE